**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23CR262 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT LEVINE, | ) | **NOTICE OF APPEARANCE** |
| | ) | **OF COUNSEL** |
| Defendant. | ) | |

Now comes Jeffrey L. Cox, Esq. of Sallah Astarita & Cox, LLC, who respectfully enters this Notice of Appearance of Counsel to apprise the Court, Clerk of Court, and all parties that the undersigned counsel is appearing on behalf of Defendant Scott Levine for proceedings before the U.S. District Court only. Accordingly, the undersigned counsel's appearance does not include representation in any appellate proceedings.

Respectfully submitted,

s/Jeffrey L. Cox
Jeffrey L. Cox
NDOH Bar No. FL173479

**SALLAH ASTARITA & COX, LLC**
3010 North Military Trail, Suite 210
Boca Raton, Florida 33431
Tel: (561) 989-9080
Fax: (561) 989-9020
Email: jlc@sallahlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by filing via the Court's CM/ECF filing system.

s/ Jeffrey L. Cox